```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
        - v. -                     :        INDICTMENT
                                   :
JOSE BRITO,                        :        08 Cr. 420
JASON ANDERSON,                    :
and JUAN DEOLEO,                   :
                                   :
                Defendants.        :
                                   :
- - - - - - - - - - - - - - - - - x
```



**COUNT ONE**

The Grand Jury charges:

1.  On or about March 21, 2008, in the Southern District of New York, JOSE BRITO, JASON ANDERSON, and JUAN DEOLEO, the defendants, and others known and unknown, unlawfully, intentionally and knowingly, did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and object of the conspiracy that JOSE BRITO, JASON ANDERSON, and JUAN DEOLEO, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly, did distribute and possess with intent to distribute a controlled substance, to wit, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, sections 812, 841(a)(1), and 841(b)(1)(C).

**Overt Acts**

3.  In furtherance of the conspiracy and to effect the

illegal objects thereof, JOSE BRITO, JASON ANDERSON, and JUAN DEOLEO, the defendants, committed the following overt acts, among others, in the Southern District of New York:

    a.  On or about March 21, 2008, JOSE BRITO, JASON ANDERSON, and JUAN DEOLEO, the defendants, traveled to the vicinity of 300 Yonkers Ave. in Yonkers, New York.

(Title 21, United States Code, Section 846)

## COUNT TWO

The Grand Jury further charges:

4.  On or about March 21, 2008, in the Southern District of New York, JOSE BRITO, JASON ANDERSON, and JUAN DEOLEO, the defendants, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, a mixture and substance containing a detectable amount of cocaine.

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C))

_____    _____
    FOREPERSON                      MICHAEL J. GARCIA
                                      United States Attorney