# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
THEOSGREEN@MSN.COM

RICHARD D. WILLSTATTER
WILLSTATTER@MSN.COM

(914) 948-5656

FAX (914) 948-8730




May 16, 2008

Fax: (914) 390-4095
HON. GEORGE A. YANTHIS
United States Magistrate Judge
300 Quarropas Street
White Plains, New York 10601

re: United States v. Brito et al., 08 Cr. 420
Bail application for defendant Jason Anderson

Dear Judge Yanthis:

    I represent Jason Anderson, a defendant in the above-captioned indictment, which is scheduled for arraignment thereon next Wednesday, May 21, 2008.
    On the date, I request that I also be permitted to make a renewed bail application based upon a change in circumstances. When this matter was in the complaint stage, a detention hearing was held before Judge Fox and detention was ordered. At that time, the complaint alleged a multi-kilo cocaine conspiracy based on the gross weight of substances allegedly seized. At that time, the substances had not been tested by the DEA laboratory. Detention was ordered without prejudice to my renewing the bail issue in the event that the laboratory results revealed a lesser amount than originally charged. The indictment now alleges a conspiracy involving controlled substances of no specific amount under 21 USC 841(b)(1)(C), which, unlike the charges originally set forth in the complaint, do not carry a mandatory minimum.
    Accordingly, if convenient to the Court, I ask that the matter be calendared for a bail hearing immediately following arraignment on the indictment. (I could also appear later in the day Wednesday, my only conflict being an 11:00 a.m. bail hearing before Judge Fox on another case.)

Very truly yours,

THEODORE S. GREEN

cc: A.U.S.A. Sarah R. Krissoff, Esq.
Fax: (914) 993-1980