

U.S. Department of Justice

United States Attorney
Southern District of New York

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

# MEMO ENDORSED

July 14, 2008

BY HAND

The Honorable Stephen C. Robinson
United States District Judge
United States District Court, SDNY
300 Quarropas Street
White Plains, NY 10601

JUL [illegible]
CHAMBERS OF
STEPHEN C. ROBINSON
U.S.D.J.

    Re:    United States v. Jose Brito, et al., 08 Cr. 420 (SCR)

Dear Judge Robinson:

The Government respectfully submits this letter to request, with the consent of defense counsel, the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from July 11, 2008 until July 18, 2008, in the interest of justice. The pre-trial conference originally scheduled for June 11, 2008 was adjourned until July 18, 2008.

Thank you for your consideration of this matter.

*Time from July 11, 2008 to July 18, 2008 is excluded from the Speedy Trial Calculations in the interests of justice.*

**SO ORDERED**
*[signature]*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
7/14/08

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]* Krissoff
Sarah R. Krissoff
Assistant United States Attorney
(914) 993-1928 (phone)
(914) 993-9036 (fax)

cc:    Patrick Brackley, Esq. (By Fax)
        Theodore Green, Esq. (By Fax)
        James Kousouros, Esq. (By Fax)